# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD CHASE, JR., | : | |
| Petitioner, | : | |
| v. | : | No. 4:18-CV-101 |
| SUPERINTENDENT, SCI-ALBION, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 26th day of December 2018, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Respondent's motion requesting the disposition of the pending habeas corpus petition be stayed (Doc. 7) is **GRANTED**.

2. Adjudication of Chase's federal habeas corpus action is **STAYED**.

3. Within thirty (30) days of the termination of his state court PCRA proceedings, Petitioner is directed to file a written status report with this Court detailing the conclusion of his Pennsylvania state court exhaustion efforts; the status report shall include a copy of the relevant state court disposition.

4. Alternatively, if Petitioner notifies this Court in writing that despite his attempt to obtain final disposition of his PCRA action, there has still been no action taken for a prolonged time period, at least six (6) months, this Court will consider excusing his non-exhaustion on the basis of inordinate delay.

5. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

                               BY THE COURT:

                               *s/ Matthew W. Brann*
                               Matthew W. Brann
                               United States District Judge